# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE

UNITED STATES OF AMERICA

v.  Case No.: 3:21–cr–00005–TAV–DCP *SEALED*

LATISHA R GALYON

## DUE PROCESS PROTECTIONS ACT ORDER

  Pursuant to the Due Process Protections Act, the Court confirms the United States' obligation to produce all exculpatory evidence to the defendant pursuant to *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny, and orders it to do so. Failing to do so in a timely manner may result in consequences, including, but not limited to, exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, or sanctions by the Court.


  ENTER.

                                       s/ H Bruce Guyton
                                       UNITED STATES MAGISTRATE JUDGE